FILED

01/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0468

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0468

_____

IN RE THE PARENTING OF:

A.A.,

    A Minor Child.

DANAH AL-SUWAILEM,

    Petitioner and Appellee,

      O R D E R

    v.

JUSTIN PURSELLEY,

    Respondent and Appellant.

_____

Counsel for Appellant has filed a Notice and Motion for Dismissal – Settlement signed by both parties indicating the matter has been settled. Good cause appearing,

IT IS ORDERED that the case is DISMISSED WITH PREJUDICE.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 14 2021